# PLAINTIFF'S EXHIBIT A
## Plaintiff's Clarity Consumer Disclosure, August 28, 2022 – Excerpt

### Clarity Report for BROSTEK, KAREN

8/28/2022

**Consumer**

Name
BROSTEK, KAREN

Address
13235 HILLWOOD CIR
HUDSON, FL 34667

Reference Number
███████████

| Name | First Reported (Date/Time/Tracking #) | Last Reported (Date/Time/Tracking #) | # of Times Reported |
|---|---|---|---|
| EBONY THOMAS | 2/26/2021 3:09:30 am EST qg4fem8m0k | 2/26/2021 3:09:30 am EST qg4fem8m0k | 1 |
| JENNIFER FEAGIN | 12/8/2021 7:06:16 am EST c4hqp660tx | 12/8/2021 7:06:16 am EST c4hqp660tx | 1 |
| KAREN BROSTEK | 11/7/2017 1:55:39 pm EST zq9p1ty1jp | 7/5/2022 12:21:59 pm EDT 9fgeksfrpf | 35 |
| KAREN NULL BROSTEK | 1/21/2020 12:45:40 pm EST 17xcms9t7h | 1/21/2020 12:45:40 pm EST 17xcms9t7h | 1 |