UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KAREN BROSTEK**,

      Plaintiff,

                              Case Number: **8:22-cv-2522-VMC-JSS**

v.

**CLARITY SERVICES, INC.**,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Karen Brostek, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Clarity Services, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Clarity Services, Inc., with prejudice.

Submitted this December 29, 2022, by:

                                        /s/ *Brandon D. Morgan*
                                        Brandon D. Morgan, Esq.
                                        Florida Bar Number: 1015954
                                        Seraph Legal, P. A.
                                        1614 N. 19th St.
                                        Tampa, FL 33605
                                        (813) 567-1230
                                        bmorgan@seraphlegal.com
                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendant's counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954